1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   ALEX PALMERIN,                          Case No. CV 17-06742 AFM

12                    Plaintiff,
                                             **JUDGMENT**
13          v.

14
     NANCY A. BERRYHILL, Acting
15   Commissioner of Social Security,

16                    Defendant.

17

18

19          In accordance with the Memorandum Opinion and Order Affirming Decision

20   of Commissioner filed concurrently herewith,

21          IT IS ORDERED AND ADJUDGED that the Commissioner's decision is

22   AFFIRMED.

23

24   DATED:  6/29/18

25                                           _Alex Mack_

26                                           _____

27                                           ALEXANDER F. MacKINNON
                                             UNITED STATES MAGISTRATE JUDGE
28